# First District Court of Appeal
## State of Florida

_____

No. 1D2026-0068
_____

CHERRELLE LAVISHA GILMORE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.


May 27, 2026


PER CURIAM.

DISMISSED.

ROBERTS, LONG, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Cherrelle Lavisha Gilmore, pro se, Petitioner.

No appearance for Respondent.